IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CITGO PETROLEUM CORPORATION,

                Plaintiff,

v.

RANGER ENTERPRISES, INC.,

                Defendant.

ORDER

07-cv-657-bbc

---

On April 2, 2008, this court held a recorded telephonic hearing on the parties' competing motions regarding discovery. *See* Dkts. 18 and 25. Both sides were represented by counsel.

We started the hearing with the court's announcement that the calendar must change as a result of this case's transfer from Judge Shabaz to Judge Crabb. In light of this, both sides agreed that their discovery disputes had lost their temporal urgency. Accordingly, each side withdrew its motion without prejudice to refiling after the court rules on plaintiff's motion to strike defendant's counterclaims and affirmative defenses. *See* Dkts. 15 and 22.

We spent the remainder of the hearing recalendaring the case. I have entered a separate amended scheduling order reflecting the new dates. In the event the parties consent to transfer this case from Judge Crabb to me, we can revisit the calendar if the parties wish. The parties had no other matters to bring to the court's attention.

Entered this 2nd day of April, 2008.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge