IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CITGO PETROLEUM CORPORATION, )
)
    Plaintiff-Counterdefendant, ) Case No. 07-C-0657-bbc
)
v. ) Hon. Barbara B. Crabb
)
RANGER ENTERPRISES, INC., ) Mag. Judge Stephen L. Crocker
)
    Defendant-Counterplaintiff. )
)

## FINAL JUDGMENT

IT IS ORDERED THAT:

1. Judgment is entered in favor of plaintiff CITGO Petroleum Corporation and against defendant Ranger Enterprises, Inc. on CITGO's claims;

2. Judgment is entered against Ranger Enterprises, Inc. and in favor of CITGO Petroleum Corporation on Ranger's counterclaims;

3. CITGO is awarded damages in the amount of $3,071,147.08 as set forth in this Court's prior Order of July 9, 2009;

4. CITGO is awarded $1,257,015.04 for attorneys' fees and costs;

5. CITGO is awarded prejudgment interest of $570,052.01, which is the sum of $548,184.35 (6% interest from July 31, 2006 through August 31, 2009 for the $2,963,158.63 portion of the judgment on Count II relating to all of Ranger's CITGO-branded locations except #10833137), and $21,867.66 (6% interest from April 15, 2006 through August 31, 2009 for the $107,988.45 portion of the judgment on Count II relating to Ranger's CITGO-branded location #10833137).

6. This order is a final judgment and adjudicates all the parties' claims and counterclaims, and all the parties' rights and liabilities.

Entered this 12th day of September, 2009.

BY THE COURT:

Barbara B Crabb
BARBARA B. CRABB
District Judge